UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

BECKY ROBERTS, ex rel
    United States, et al          CIVIL ACTION 3-02-2199

VERSUS          U.S. DISTRICT JUDGE ROBERT G. JAMES

AGING CARE HOME HEALTH, INC.      U.S. MAGISTRATE JUDGE JAMES D. KIRK

RULING ON MOTIONS TO STRIKE

Before the court are motions to strike filed by plaintiffs, Doc. #'s 68, 83. A hearing on the motions was held July 18, 2005.

The motions are GRANTED as to paragraphs 152, 155, 156, 159, 160, 161, 164, 166, 167, and 169. As to paragraphs 147, 148, 149, 151, 153, 154, 157, 158, and 166, the motions are DENIED at this time subject to the right of Movers to re-file the motions as to those defenses at a later time.

Alexandria, Louisiana, August 15, 2005.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE