RECEIVED
IN MONROE, LA
JUL 1 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA
*ex rel* ROBERTS, ET AL.                    CIVIL ACTION NO. 02-2199

VERSUS

AGING CARE HOME HEALTH,                     JUDGE ROBERT G. JAMES
INC., ET AL.                                MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that the United States' Motion to Dismiss Counterclaims Pursuant to FRCP 12(b)(1) and/or 12(b)(6) is GRANTED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 30 day of June, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE